Michael K. Brown (SBN 104252)
Thomas J. Yoo (SBN 174118)
REED SMITH LLP
355 South Grand Avenue, Suite 2900
Los Angeles, CA  90071
Telephone:    213.457.8000
Facsimile:    213.457.8080
Email: mkbrown@reedsmith.com
tyoo@reedsmith.com

Steven J. Boranian (SBN 174183)
REED SMITH LLP
Two Embarcadero Center, Suite 2000
San Francisco, CA  94111-3922
Telephone:    415.543.8700
Facsimile:    415.391.8269
Email: sboranian@reedsmith.com

Dana A. Blanton (SBN 232373)
REED SMITH LLP
1999 Harrison St., Suite 2400
Oakland, CA  94610
Telephone:    510.763.2000
Facsimile:    510.273.8832
Email: dblanton@reedsmith.com

Attorneys for Defendants
Merck & Co., Inc.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAXIMO RIVERA,<br><br>            Plaintiff,<br><br>vs.<br><br>MERCK & CO. INC., et al.<br><br>            Defendants. | No.: 2:06-cv-1957-DFL-GGH<br><br>STIPULATION AND ORDER STAYING RULE 26(F) AND INITIAL SCHEDULING CONFERENCES PENDING RESOLUTION OF LAW AND MOTION MATTERS<br><br>**Honorable David F. Levi** |

TO THE CLERK OF THE COURT OF THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA, PLAINTIFF AND DEFENDANT, THROUGH THEIR ATTORNEYS, FILE THIS STIPULATION AND PROPOSED ORDER.

This case, *Maximo Rivera v. Merck & Co., Inc.*, *et al.* Case Number 2:06-cv-1957-DFL-GGH, was filed in state court on July 19, 2006 and removed to this Court on August 31, 2006.

No discovery has been conducted or scheduled.

On September 5, 2006, Merck, pursuant to Rule 7.5(c) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation ("R.P.J.P.M.L."), provided notice to the MDL Panel of the pendency of this "tag-along" action and furnished the MDL Panel with a copy of the docket sheet and complaint. Merck requested that the MDL Panel transfer this action to the multidistrict litigation known as In re Vioxx Products Liability Litigation, MDL No. 1657, currently pending in the Eastern District of Louisiana, District Judge Eldon Fallon presiding. On October 2, 2006, the JPML issued Conditional Transfer Order 66, which includes this case. Plaintiff filed an Opposition to Conditional Transfer Order 66, as well as a Motion to Vacate the Order.

On September 26, 2006 plaintiff filed a Motion to Remand this matter to state court. Plaintiff's Motion to Remand is scheduled to be heard on December 13, 2006. Also pending before this Court is Merck's Motion to Stay Proceedings Pending Transfer to the Vioxx MDL, filed September 7, 2006. These matters have not yet been fully resolved.

///

///

///

PDF created with pdfFactory trial version www.pdffactory.com

1  In light of the pending Motion to Remand and Motion to Stay, the parties respectfully
2  request that further Joint Status Reports be postponed and that Discovery Conferences be continued
3  until after resolution of the pending Law and Motion matters.

    SO STIPULATED.

Dated: October 31, 2006

**REED SMITH LLP**

By:  /s/ Dana Blanton
     Dana A. Blanton
     Attorney for Defendant
     MERCK & CO., INC.

Dated: October 31, 2006

**HERSH& HERSH**

By:  /s/ Carole Bosch
     Carole Bosch
     Attorney for Plaintiff
     Maximo Rivera

PDF created with pdfFactory trial version www.pdffactory.com

## **ORDER**

IT IS HEREBY ORDERED the above terms of this Stipulation are approved by this Court.

Dated:  November 1, 2006

                                                /s/ David F. Levi
                                                United States District Judge

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

PDF created with pdfFactory trial version www.pdffactory.com