IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MAXIMO RIVERA,
    Plaintiff,

v.

MERCK & COMPANY, INC., MCKESSON CORPORATION,
    Defendants.

CIV-S-06-1957 DFL/GGH

ORDER

    For the reasons stated by Judge Shubb in <u>Leeson v. Merck & Co., Inc., et al</u>, Civ. S-05-2240 WBS PAN slip op. (E.D. Cal. Jan. 27, 2006), the motion to stay is GRANTED.  In light of the stay, plaintiff's motion to remand is DENIED WITHOUT PREJUDICE.

    IT IS SO ORDERED.

Dated: 11/15/2006

_____
DAVID F. LEVI
United States District Judge